[No. 11593-6-I.   Division One.   January 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT JOSEPH PADERES, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 81–1–03849–9, Lloyd W. Bever, J., entered April 12, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Scholfield, J.